In the Interest of: M.R.H., M.I.H., A.M.H., and D.M.H.

Missouri Department of Social Services, Children's Division, Respondent,

v.

M.R.H. (Father) and A.D.H. (Mother), Appellants.

Nos. WD 73644, WD 73645, WD 73646, WD 73647, WD 73648, WD 73649, WD 73650, WD 73651.

Missouri Court of Appeals,
Western District.

Sept. 27, 2011.

Jeffrey P. Feuquay, Nevada, MO, for Appellant M.R.H. (Father).

Judy R. Ullmann, Nevada, MO, for Appellant A.D.H. (Mother).

Chris Koster, Attorney General, Joan F. Gummels, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division IV: LISA WHITE HARDWICK, Chief Judge, Presiding, and ALOK AHUJA and MARK D. PFEIFFER, Judges.

### Order

PER CURIAM:

A.D.H. and M.R.H. appeal the Judgments of the Circuit Court of Vernon County, Juvenile Division, terminating their parental rights to their four children pursuant to section 221.447, RSMo Cum.

Supp.2010. Finding no error, we affirm and have provided the parties a memorandum explaining our ruling. Rule 84.16(b).